UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTIAN ROSADO on behalf of himself and those similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>NEW YORK DIALYSIS SERVICES, INC.<br>         Defendant. | Civil Action No. 1:24-cv-06174-KPF<br><br>**JOINT NOTICE OF SETTLEMENT** |

Defendant, New York Dialysis Services, Inc. ("Defendant"), and Plaintiff, Cristian Rosado ("Plaintiff") (collectively referred to as "Parties"), by and through their undersigned counsel, provide this Joint Notice of Settlement and state as follows:

1. The Parties have reached an agreement to resolve Plaintiff's individual claims in connection with related litigation and to dismiss this civil litigation.

2. The Parties are in the process of negotiating the terms of a settlement agreement.

3. The Parties want to avoid further litigation costs while negotiating the terms of the settlement and, therefore, respectfully request that the Court dismiss this matter without prejudice to either party moving to reinstate the matter within 60 days.

4. The Parties anticipate being able to finalize the settlement's terms and move for dismissal with prejudice to either party to move to reinstate this action within the next 60 days.

WHEREFORE, the Parties provide their Joint Notice of Settlement, and respectfully request that the Court dismiss this action without prejudice to either party to move to reinstate this action within the next 60 days.

FP 52481556.2

| | |
|---|---|
| **PELTON GRAHAM LLC** | **FISHER & PHILLIPS LLP** |
| By: */s/ Brent Edward Pelton*<br>Brent Edward Pelton, Esq.<br>111 Broadway<br>Suite 1503<br>New York, NY 10000<br>(212) 385-9700<br>Fax: (212) 385-0800<br>Email: pelton@peltongraham.com | By: */s/Kathleen McLeod Caminiti*<br>Kathleen McLeod Caminiti, Esq.<br>David J. Kass, Esq.<br>430 Mountain Avenue, Suite 303<br>Murray Hill, NJ  07974<br>Tel.: (908) 516-1050<br>Email: KCaminiti@fisherphillips.com<br>DKass@fisherpillips.com |
| *Attorneys for Plaintiff Christian Rosado* | *Attorneys for Defendant New York Dialysis Services, Inc.* |
| Dated:  October 4, 2024 | Dated:  October 4, 2024 |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 4th day of October, 2024, caused a true and correct copy of the Joint Motion to Stay Pending Settlement Negotiations to be filed via CM/ECF, and provided to all parties.

*/s/ Kathleen McLeod Caminiti*
**Kathleen McLeod Caminiti**
