UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CRISTIAN ROSADO, Individually and For All Others Similarly Situated<br><br>v.<br><br>NEW YORK DIALYSIS SERVICES, INC. | Case No. 1:24-cv-06174-KPF<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Court's Order (Doc. 6), the Plaintiff files this dismissal without prejudice. The Parties reached an agreement and notified the Court in the Amended Joint Notice of Settlement (Doc. 5) on October 4, 2024. Plaintiff Rosado's claim was settled on an individual basis in connection with the first filed matter *Kathleen Mooney and Nickolle Adam, individually and on behalf of all others similarly situated v. Fresenius Medical Care Holdings, Inc.*, Case No. 1:22-cv-12037-AK, pending in the United States District Court for the District of Massachusetts. Rosado opted in to the *Mooney* case. (*Id,* ECF 97).

Pursuant to Rule 41(a)(1)(A)(i) all Parties stipulate to dismiss this matter without prejudice and with each party bearing its own cost. This stipulation is effective upon filing.

Dated this 30th day of December 2024.

Respectfully submitted,

_____
One of the Attorneys for Plaintiff
Brent E. Pelton, Esq.
**PELTON GRAHAM LLC**
111 Broadway, Suite 1503
New York, New York 10006
(212) 385-9700 - Telephone

Michael A. Josephson
Richard M. Schreiber
**JOSEPHSON DUNLAP LLP**

_____ (By David Kass)
One of the Attorneys for Defendant
Kathleen McLeod Caminiti, Esq.
David J. Kass, Esq.
**FISHER & PHILLIPS LLP**
430 Mountain Avenue, Ste. 303
Murray Hill, NJ 07974
904-516-1050 – Telephone
kcaminiti@fisherphillips.com
dkass@fisherpillips.com

FP 53134702.2

11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 - Telephone
713-352-3300 - Facsimile
mjosephson@mybackwages.com
rschreiber@mybackwages.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Stipulation** to be served upon all counsel of record via the CM/ECF electronic filing system on December 30, 2024.

_____ (By David Kass)
One of the Attorneys for Defendant

Dated: January 2, 2025
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2

FP 53134702.2

FP 53134702.2